UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO 0:18-CV-61837

SAMUEL MATOS,
individually and on behalf of all others
similarly situated,

*Plaintiff*,

v.

CDK GLOBAL, LLC D/B/A
AUTOAVENUE.,

*Defendant*,

_____/

## JOINT NOTICE OF SETTLEMENT

The Parties, pursuant to Southern District of Florida L.R. 16.4, respectfully submit this Notice of Settlement, and inform the Court that they have reached an agreement to settle Mr. Matos' claims and the case will be dismissed.

| | |
|---|---|
| By: */s/ Isaac J. Mitrani*<br>Isaac J. Mitrani<br>Florida Bar No. 348538<br>MITRANI, RYNOR,<br>ADAMSKY & TOLAND, P.A.<br>301 Arthur Godfrey Road, Penthouse<br>Miami Beach, FL  33140<br>Tel.:    305-/358-0050<br>Fax:    305/358-0050<br>imitrani@mitrani.com<br>dbitran@mitrani.com<br>ctenn@mitrani.com<br>miamidocketing@mitrani.com<br>*Attorneys for Defendant*<br>*CDK Global, LLC* | By:*/s/ Scott Edelsberg (with consent)*<br>Scott Edelsberg<br>Florida Bar No. 0100537<br>EDELSBERG LAW, P.A.<br>19495 Biscayne Blvd. No. 607<br>Aventura, FL 33180<br>Tel: 305-975-3320<br>scott@edelsberglaw.com<br>*Attorney for Samuel Matos* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of October, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Andrew John Shamis, Esq.
Shamis & Gentile
14 N.E. 1st Avenue
Suite 400
Miami, FL  33131
Tel.:    305/479-2299
ashamis@shamisgentilew.com

Scott Edelsberg, Esq.
Edelsberg Law, PA
19495 Biscayne Blvd. #607
Aventura, FL 33180
Tel:    905-975-3320
scott@edelsberglaw.com

*Isaac J. Mitrani*