UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 0:18-cv-61837-UU

SAMUEL MATOS,

    Plaintiff,

v.

CDK GLOBAL, LLC,

    Defendant.
_____/

## ORDER DISMISSING CASE

THIS CAUSE comes before the Court upon the Parties' Stipulation to Dismiss with Prejudice (the "Stipulation). D.E. 22. The Court has considered the Motion, pertinent portions of the record and is otherwise fully advised in the premises.  On October 10, 2018, the Parties filed the Stipulation requesting that the Court dismiss the case with prejudice. D.E. 22. Accordingly, it is

ORDERED AND ADJUDGED that the case is DISMISSED WITH PREJUDICE. The case remains closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _11th_ day of October, 2018.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:  counsel of record via cm/ecf